UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID GORDON CANTRELL

Plaintiff,

v.

WASHINGTON STATE *et* al.,

Defendants

Case No. C07-5571BHS

ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME AND DIRECTING PLAINTIFF TO SHOW CAUSE

This action, brought pursuant to 42 U.S.C. 1983, has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Mr. Cantrell has filed a number of frivolous actions in the past. He has also filed actions and then failed to cure defects in his filings. Mr. Cantrells' failure to cure defects in his filings results in his actions being dismissed without prejudice for failure to prosecute. A partial list of Mr. Cantrell's prior actions includes:

1.  93-CV-1680CRD,   Dismissed pursuant to 28 U.S.C. 1915.
2.  93-CV-1835WLD,   Dismissed as frivolous.
3.  93-CV-5424TSZ,   Dismissed without prejudice for failure to prosecute.
4.  94-CV-0135BJR,   Dismissed as frivolous.

ORDER - 1

|   |   |   |   |
|---|---|---|---|
| 1 | 5. | 96-CV-0269WLD, | Dismissed without prejudice for failure to file an amended complaint. |
| 2 |   |   |   |
| 3 | 6. | 05-CV-5459RBL, | IFP denied for failure to cure defects in the application, case dismissed without prejudice for failure to pay the filing fee. |
| 4 | 7. | 07-CV-5263RBL, | Action dismissed without prejudice for failure to file an amended complaint that stated a cause of action, failure to prosecute, failure to obey a court order. |
| 5 |   |   |   |

In October of 2007, over the course of twelve days, Mr. Cantrell filed a number of documents that appear to be five separate cases. The clerk's office filed those actions under the following cause numbers:

1. 07-CV-5568FDB/JKA
2. 07-CV-5569RJB/KLS
3. 07-CV-5570BHS/KLS
4. 07-CV-5571BHS/JKA
5. 07-CV-5592RBL/KLS

In each case the application to proceed *in forma pauperis* was deficient and a letter was sent giving Mr. Cantrell a month to cure the defects. Instead of curing the defects Mr. Cantrell has filed a form motion for an extension of time. Mr. Cantrell claims he is unable to get copies. In this case the motion is (Dkt # 3).

The motion for an extension of time is **DENIED**. Mr. Cantrell has had over a month to cure the defects in his filings. He fails to show what copies he needed or what steps he took to get the needed copies.

The court has reviewed the proposed "complaint" in this case. Mr. Cantrell has taken the first page of the form complaint used for prisoners to file Civil Rights Actions. He has altered the form. Mr. Cantrell is attempting to file a "criminal inditment [sic]." He names as defendants "Wa State-Witness-Representative Attorney General-DOC ET. AL. EX PARTY RCW #4.12.060 0-1-2." There are no operative facts in the pleading and the sum total of the proposed complaint is this one page document. Mr. Cantrell lacks the authority to file criminal charges.

Mr. Cantrell is now **ORDERED TO SHOW CAUSE** why this action should not be

ORDER - 2

1  dismissed as frivolous with the dismissal counting as a strike pursuant to 28 U.S.C. 1915 (g).  Mr.
2  Cantrell has until **January 11, 2008,** to file a response to this order.  Failure to file an adequate
3  response, will result in a Report and Recommendation that this action be dismissed with prejudice as
4  frivolous.  This dismissal would count as a strike pursuant to 28 U.S.C. 1915 (g).
5      The clerk's office is directed to send Mr. Cantrell a copy of this order and note the **January**
6  **11, 2008,** deadline on the courts calendar.

8      DATED this 4 day of December, 2007.

10                         */S/ J. Kelley Arnold*
                            J. Kelley Arnold
11                              United States Magistrate Judge

28  ORDER - 3