# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAVID GORDON CANTRELL

v.

WASHINGTON STATE, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5571BHS/JKA

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Plaintiff's action is **DISMISSED** pursuant to **28 U.S.C. § 1915(e)(2)(B)(I and ii). This dismissal counts as a strike pursuant to 28 U.S.C. 1915(g).**

| February 20, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |//

| | *s/CM Gonzalez* |
|---|---|
| | Deputy Clerk |